**UNITED STATES of America,**
**Appellee,**

v.

**Timmothy THOMPSON, Sr., Appellant.**

**No. 02–1004.**

United States Court of Appeals,
Eighth Circuit.

Submitted Sept. 12, 2002.

Decided Sept. 18, 2002.

Before BYE, RICHARD S. ARNOLD,
and BEAM, Circuit Judges.

PER CURIAM.

Timmothy Thompson, Sr., appeals from the district court's [1] denial of his motion to suppress evidence obtained by St. Louis County Police Officer Keith Coleman during a visit to Thompson's home in response to a report that Thompson pointed a gun at his neighbor.[2] When questioned by Officer Coleman, Thompson admitted to brandishing a gun. Thompson offered to retrieve the gun, but Officer Coleman requested permission to enter the home to see the gun. Although Officer Coleman did not have a warrant to enter the premises, Thompson said it was "okay" for the officer to enter. Officer Coleman seized two firearms from the residence.

Thompson made a motion to suppress the evidence, arguing that he did not give Officer Coleman consent to enter the premises. The district court found Officer Coleman a more credible witness and denied Thompson's motion to suppress. "A district court's determination as to the credibility of a witness is virtually unreviewable on appeal." *United States v. Heath*, 58 F.3d 1271, 1275 (8th Cir.1995). Accordingly, we affirm the judgment of the district court.

A true copy.

---

1. The Honorable Carol E. Jackson, United States District Judge for the Eastern District of Missouri, adopting the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler.

2. Thompson entered a conditional plea of guilty to felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), and possession of an unregistered firearm, in violation of 26 U.S.C. § 5861(d).